AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JEREMIAH JONES RICHARDSON

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV617-108
CR616-010

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on August 31, 2017, adopting the Report and Recommendation of the Magistrate Judge, the Motion to Vacate 28 U.S.C. § 2255 is dismissed with prejudice.

Approved by: _____

Date: September 5, 2017

Scott L. Poff
Clerk



(By) Deputy Clerk

GAS Rev 10/1/03